Dismissed and Memorandum Opinion filed August 10, 2006








Dismissed
and Memorandum Opinion filed August 10, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-04-01155-CV

____________

 

B. JOE THOMSON, Appellant

 

V.

 

COMMISSION FOR LAWYER DISCIPLINE, Appellee

 



 

On Appeal from the 127th District
Court

Harris County, Texas

Trial Court Cause No.
02-31779

 



 

M E M O R
A N D U M  O P I N I O N

This is
an appeal from a judgment signed September 24, 2004.  The clerk=s record was filed on January 20,
2005.  The reporter=s record was filed November 18, 2005.  Appellant=s brief was originally due December
19, 2005.  Appellant has been give four extensions of time to file his brief. 

On July
20, 2006, this Court issued an order stating that unless appellant submitted
his brief on or before July 31, 3006, the Court would dismiss the appeal for
want of prosecution.  See Tex. R.
App. P. 42.3(b).








Appellant=s responses demonstrate no reasonable
explanation for failure to timely file his brief.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

Judgment rendered and Memorandum Opinion filed August
10, 2006.

Panel consists of Justices Hudson, Fowler, and
Seymore.